**No. 10-1335. Michael Ahan, Petitioner v. Nader Modanlo.**

565 U.S. 817, 132 S. Ct. 97, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6850.

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 194 Md. App. 723 and 194 Md. App. 732.

**No. 10-1336. Michael A. Carroll, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 817, 132 S. Ct. 97, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6741, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 402 Fed. Appx. 709.

**No. 10-1339. Lawrence B. Lockwood, et al., Petitioners v. Sheppard, Mullin, Richter & Hampton, LLP, et al.**

565 U.S. 817, 132 S. Ct. 97, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6959.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 403 Fed. Appx. 508.

**No. 10-1340. KFC Corporation, Petitioner v. Iowa Department of Revenue.**

565 U.S. 817, 132 S. Ct. 97, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6624.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Iowa denied.

Same case below, 792 N.W.2d 308.

**No. 10-1341. UPMC, Petitioner v. West Penn Allegheny Health System, Inc.**

**No. 10-1346. Highmark, Inc., Petitioner v. West Penn Allegheny Health System, Inc.**

565 U.S. 817, 132 S. Ct. 98, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6650.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same cases below, 627 F.3d 85.

**No. 10-1343. Zoltan Szajer, et ux., Petitioners v. City of Los Angeles, California, et al.**

565 U.S. 817, 132 S. Ct. 98, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6661.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 632 F.3d 607.

**No. 10-1344. Kenneth J. Schmier, Petitioner v. Justices of the Supreme Court of California, et al.**

565 U.S. 817, 132 S. Ct. 98, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6819.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 17.